THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK CAVALLUZZI, Appellant. [54 NYS3d 591]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered April 27, 2015, convicting him of obstructing governmental administration in the second degree, upon a jury verdict, and disorderly conduct, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court gave an unbalanced interested witness charge which denied him due process and a fair trial is unpreserved for appellate review

since the defendant did not object to the charge as given (*see* CPL 470.05 [2]; *People v Mason*, 132 AD3d 777, 778-779 [2015]; *People v DiMassi*, 113 AD3d 632, 632 [2014]). In any event, the charge was proper (*see People v Herschman*, 119 AD3d 813, 814 [2014]; *People v Newman*, 107 AD3d 827, 828-829 [2013]; *People v Dees*, 45 AD3d 602, 603 [2007]; *People v Varughese*, 21 AD3d 1126, 1128 [2005]).

Contrary to the defendant's contention, under the circumstances here, the record as a whole affirmatively demonstrates that he entered a plea of guilty knowingly, voluntarily, and intelligently (*see People v Conceicao*, 26 NY3d 375, 383-384 [2015]; *People v Harris*, 61 NY2d 9, 19-20 [1983]). Chambers, J.P., Miller, Maltese and Duffy, JJ., concur.